United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE SAI-ON CHEUNG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMUNITY LENDING INCORPORATED,<br><br>    Defendant. | Case No.  16-cv-01416-DMR<br><br>**ORDER TO SHOW CAUSE RE SERVICE OF COMPLAINT** |

Plaintiffs Frankie Sai-On Cheung and May Yin-Fun Cheung filed the complaint on March 23, 2016.  It appears that the summons and complaint have not yet been served on Defendant.  Pursuant to Federal Rule of Civil Procedure 4(m), the court must dismiss an action without prejudice if a defendant is not served within 90 days after the complaint is filed.  Further, a case management conference was scheduled for June 29, 2016 at 1:30 p.m. in this case.  Plaintiffs did not appear.

Accordingly, Plaintiffs are hereby ORDERED to show cause in writing **by no later than July 8, 2016** why this action should not be dismissed without prejudice for failure to prosecute.  Failure to respond by July 8, 2016 may result in the court dismissing the case for failure to prosecute.

**IT IS SO ORDERED.**

Dated: June 29, 2016



_____
Donna M. Ryu
United States Magistrate Judge