UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANKIE SAI-ON CHEUNG, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COMUNITY LENDING INCORPORATED,<br><br>    Defendant. | Case No. 16-cv-01416-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On June 29, 2016, the court issued an Order to Show Cause, instructing Plaintiffs to submit a written statement by no later than July 8, 2016 explaining Plaintiffs' failure to appear at the June 29, 2016 case management conference and failure to serve the summons and complaint on Defendant. [Docket No. 9.] The Order to Show Cause stated that failure to respond by July 8, 2016 may result in dismissal of this action. Plaintiffs did not respond to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: December 21, 2016

_____
DONNA M. RYU
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANKIE SAI-ON CHEUNG, et al.,

    Plaintiffs,

    v.

COMUNITY LENDING INCORPORATED,

    Defendant.

Case No. 4:16-cv-01416-DMR

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 22, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Frankie Sai-On Cheung
1765 Valdez Way
Fremont, CA 94539

May Yin-Fun Cheung
1765 Valdez Way
Fremont, CA 94539

Dated: December 22, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU